IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL___ _____

05 JUN 24 PM 12: 50

ROBERT R. DI____
CLERK, U.S. _____
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> _Jim Jones_ ) <br> _____ ) <br> _____ ) <br> _____ ) <br> _____ ) <br> Defendant(s). ) | Criminal No. _204_ - _2046_ Ml <br><br> (30-Day Continuance) |

## CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, July 22, 2005</u>, with trial to take place on the August, 2005 rotation calendar with the time excluded under the Speedy Trial Act through August 12, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-28-05_

40

SO ORDERED this 24th day of June, 2005.

                                       JON PHIPPS McCALLA
                                       UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20402 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT