IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___CG___ D.C.

05 SEP 30 AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 04-20402-Ml |
| JIM JONES, | ) |
| Defendant. | ) |

## ORDER DISMISSING INDICTMENT

This matter is before the court on the government's motion to dismiss indictment 04-20402. In light of the government's motion and for good cause shown, it is the order of the court that Indictment 04-20402, is hereby dismissed.

_____ 9/30/2005
Judge Jon P. McCalla
United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-3-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20402 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT